UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. KITCHEN,

      Plaintiff,                                              Case No. 2:25-cv-10547
                                                       Hon. Matthew J. Leitman

vs.

UNKNOWN WELICKI, et al.,

      Defendants.
_____/

### ORDER DENYING MOTION FOR US MARSHAL TO SERVE SUMMONS AND COMPLAINT (ECF No. 3)

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's application for leave to proceed in forma pauperis was incomplete. (ECF No. 2.) The Court ordered Plaintiff to correct his filing deficiency. (ECF No. 6.)

On March 5, 2025, Plaintiff paid the full filing fee, and therefore he is not proceeding in forma pauperis. As such, Plaintiff is responsible for service of the summons and complaint upon each Defendant. *See* Fed. R. Civ. P. 4. Accordingly, Plaintiff's motion requesting service by the U.S. Marshals (ECF No. 3) is **DENIED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126