UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. KITCHEN,

Plaintiff,

Case No. 25-cv-10547

v. Hon. Matthew F. Leitman

WELICKI, *et al.*,

Defendants.

______________________________________________________________/

**JUDGMENT**

In accordance with the order entered on this day and on February 4, 2026,

**IT IS ORDERED AND ADJUDGED** that all of Plaintiff's claims raised in Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 16, 2026
Detroit, Michigan